No. 694, Misc.  DOBY *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.  *Orville A. Harlan* for petitioner.

No. 703, Misc.  GILCREASE *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 713, Misc.  BASILONE *v.* MAXWELL, WARDEN.  Sup. Ct. Ohio.  Certiorari denied.

No. 718, Misc.  PUTNAM *v.* WARDEN, MARYLAND PENITENTIARY.  C. A. 4th Cir.  Certiorari denied.

No. 729, Misc.  SWICEGOOD *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 733, Misc.  BARRON *v.* OREGON.  Sup. Ct. Ore. Certiorari denied.

No. 734, Misc.  MYLES *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  *De Long Harris* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 738, Misc.  CAREY *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 739, Misc.  JORDAN *v.* KANSAS.  Sup. Ct. Kan. Certiorari denied.

No. 746, Misc.  McCOY *v.* MAXWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.